UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  
ANTHONY BRUNE JR  
DEBORAH ANN BRUNE  

CASE NO. 07-65214-TJT  
CHAPTER 13 PROCEEDINGS  
HON. THOMAS J. TUCKER  

Debtors

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| MARATHON PETROLEUM<br>P O BOX 81<br>FINDLAY, OH 45309-0000 | 6 | 12.00 | UNSECURED | 1166630 | 5/26/09 | $ 2,789.60 |

DATED: June 03, 2009

/s/ TAMMY L. TERRY  
TAMMY L. TERRY, STANDING  
CHAPTER 13 TRUSTEE  
535 GRISWOLD  
SUITE 2100  
DETROIT, MI 48226

CHAPTER 13 TRUSTEE-TLT-DETROIT
P.O. BOX 31-1930    0366611
DETROIT, MICHIGAN 48231-1930

0765214  00012  017414  1166630
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

## OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 05/26/2009  
Payee: CLERK OF US BANKRUPTCY COURT  
Check No: 1166630

| | | | | |
|---|---|---|---|---|
| 0765214 | ANTHONY BRUNE JR & DEBORAH ANN BRUNE | | 2,789.60 | 0.00  2,789.60 |
| | ACCT: 9700128151   CLAIM: 00012  TYPE: T | Balance: | 151.46 | |

---

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.   CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

TAMMY L. TERRY  
TRUSTEE

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT  
P.O. BOX 31-1930  
Detroit, MI 48231-1930  
(313)967-9857 FAX

64-79 / 611

CHECK NO. 1166630  
SunTrust Bank

FOR  ANTHONY BRUNE JR and DEBORAH ANN BRUNE  
BK:0765214  ACCT:9700128151  
PRIN:  2,789.60   INT:   0.00  
BAL:    151.46   CODE:U[0.00]00012

DATE May 26, 2009

AMOUNT  
******2,789.60

PAY  **2,789.60**  
Two Thousand Seven Hundred Eighty-Nine And 60 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT  
TRUST ACCOUNT  
VOID OVER $2,789.60  
VOID 90 DAYS AFTER DATE

TO THE ORDER OF  
CLERK OF US BANKRUPTCY COURT  
% DAVID BOICE/ UNCLAIMED  
211 W FORT ST  
DETROIT, MI 48226

*Tammy L. Terry*  
Chapter 13 Trustee

⑈1166630⑈ ⑆061100790⑆ ⑈00000057515516⑈

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  
ANTHONY BRUNE JR  
DEBORAH ANN BRUNE  

CASE NO. 07-65214-TJT  
CHAPTER 13 PROCEEDINGS  
HON. THOMAS J. TUCKER  

_____ Debtors

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

WALTER A METZEN  
645 GRISWOLD ST #3156  
DETROIT, MI 48226-4105

**Last Known Address for Debtors:**

ANTHONY BRUNE JR  
DEBORAH ANN BRUNE  
7630 CAPITAL CIR S.  
WASHINGTON, MI 48094-2233

DATED: June 03, 2009

/s/ TAMMY L. TERRY  
TAMMY L. TERRY, STANDING  
CHAPTER 13 TRUSTEE  
535 GRISWOLD  
SUITE 2100  
DETROIT, MI 48226