UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN, DETROIT DIVISION

In re:

Anthony & Deborah Ann Brune, Jr.

Case No. 07-65214-TJT

Chapter 13

## APPLICATION FOR PAYMENT FROM UNCLAIMED FUNDS

The undersigned, Dilks & Knopik, LLC, Applicant and Attorney-in-Fact for Marathon Petroleum Company LLC, Claimant, applies to the Bankruptcy Court for the Eastern District of Michigan for entry of an order directing the Clerk of the Court to remit to the applicant the sum of $2,789.60, which is the sum of all said funds having been deposited into the Treasury of the United States pursuant to an order of the Court as unclaimed funds for creditor Marathon Petroleum and Claim Number 6. The applicant further states that:

1. (Indicate one of the following)

    \_\_\_ Applicant is the creditor named in the above case and states that no other application for this claim has been submitted by or at the request of the creditor

    _X_ Applicant is the duly authorized representative for the business or Corporation named as the creditor. Applicant has reviewed all records of the creditor and states that no other application for this claim has been submitted by or at the request of this creditor, to the best of Applicants knowledge and belief. An Affidavit of Creditor is attached and made part of this application.

    \_\_\_ Applicant is either a family member of the deceased creditor or a successor in interest to the individual or business named as the creditor. An original "power of attorney" conforming to the official Bankruptcy Form and/or other supporting documents, which indicated the applicants' Entitlement to this claim is attached and made part of this application.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the claimant is entitled to submit an application for this claim.

Application for Payment from Unclaimed Funds

3. The creditor's current mailing address and phone number are:
                Marathon Petroleum Company LLC
                539 South Main Street
                Findlay, OH 45840
                419-421-2172
                SS# or Tax ID: 31-1537655

Respectfully submitted this August 6, 2009.



Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
PO Box 2728
Issaquah, WA 98027-0125
(425) 836-5728
Tax ID #: 74-3049851

Sworn and subscribed to, before me
this _____6_____ day of August 2009
_____
Caryn M. Dilks, Notary Public
for State of Washington, County of King
Commission Expires: July 29, 2010

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN, DETROIT DIVISION

In re:

Anthony & Deborah Ann Brune, Jr.

Case No. 07-65214-TJT

Chapter 13

**PROOF OF SERVICE**

I, the undersigned, hereby certify that on <u>August 6, 2009</u>, a copy of the Application for Payment From Unclaimed Funds by Dilks & Knopik, LLC, Applicant and Attorney-in-Fact for Marathon Petroleum Company LLC, Claimant and Creditor in the above captioned case, was served on the United States Attorney for the Eastern District of Michigan at the following address:

> U.S. Attorney for the Eastern District of Michigan
> Attn: Michael Wicks, Civil Division- Financial Litigation
> 211 West Fort Street, Suite 2001
> Detroit, MI 48226-3211

Dated: <u>August 6, 2009</u>

By: _____
Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
PO Box 2728
Issaquah, WA 98027-0125
(425) 836-5728
Tax ID #: 74-3049851

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

RE: Anthony & Deborah Ann Brune, Jr.

Debtor(s)

Case: 07-65214-TJT

**AUTHORITY TO ACT**
**Limited Power of Attorney**
**Limited to one Transaction**

## USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. Marathon Petroleum Company LLC with a tax identification number of __31-1537655__, ("CLIENT"), appoints Dilks & Knopik, LLC ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$2,789.60** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

Signature: Steven W. Poehler
Print Name: STEVEN W. POEHLER

Date: July 22, 2009
Title: MANAGER, COMMERCIAL CREDIT

**Steven W. Poehler**
Manager, Commercial Credit

**Marathon Petroleum Company LLC**
539 South Main Street
Findlay, OH 45840-3295
Telephone 419/421-2172
FAX 419/421-3153
SWPoehler@MarathonPetroleum.com

Affix Corporate Seal Below
Or if Corporate Seal Unavailable Sign Affidavit Below:

*AFFIDAVIT IF CORPORATE SEAL IS UNAVAILABLE*
BE IT ACKNOWLEDGED, that the undersigned hereby says under oath that the corporate seal for **Marathon Petroleum Company LLC** is presently unavailable to the undersigned.
BY: Steven W. Poehler, Mgr, Commercial Credit
Signature and title

EDGMENT

STATE OF __Ohio__ )
COUNTY OF __Hancock__ )

On this __22nd__ day of __July__, __2009__, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) __Steven W. Poehler__ known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.
WITNESS my hand and official seal.

NOTARY PUBLIC: Wilma K. Lauck
My Commission expires __10/31/09__

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Anthony & Deborah Ann Brune, Jr.

Case No. 07-65214-TJT

Chapter 13

## AFFIDAVIT OF CLAIMANT

I, Steve W. Poehler, Manager, Commercial Credit of Marathon Petroleum Company LLC, do hereby state that Marathon Petroleum Company LLC is the claimant to the unclaimed funds referenced in this application and that Marathon Petroleum Company LLC, to the best of my knowledge, the legal owner of these funds.

Mailing address:

539 South Main Street
Findlay, OH 45840

Phone Number: 419-421-2172

Tax Identification Number: 31-1537655

1. Claimant History: The original dividend check was issued to Marathon Petroleum and sent to the address of P.O. Box 81, Findlay, OH 45309. Marathon Petroleum Company LLC used the P.O. Box 81 in Findlay, OH to receive payments and correspondence on credit card accounts. CK

2. I (or the company which I represent) neither have previously received remittance for this claim nor contracted with any other party other than the person named in item one above to recover these funds.

I declare under the penalty of perjury that the foregoing copy is true and correct.

Dated: 7-22-09

Steve W. Poehler
Steve W. Poehler

Sworn to and Subscribed before me this
22nd day of July, 2009

Wilma K. Lauck
NOTARY PUBLIC AT LARGE
STATE OF Ohio